# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Jolivette Brown, Nannette V. | **2. Court or Organization**<br><br>U.S. District Court, Eastern District of Louisiana | **3. Date of Report**<br><br>06/15/2021 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/1/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>United States District Court<br>Eastern District of Louisiana<br>500 Poydras Street, Suite C-205<br>New Orleans, Louisiana 70130 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Federal Bar Association, New Orleans Chapter |
| 2. | Director | Federal Judges' Association |
| 3. | Director | Executive Committee of the ABA National Conference of Federal Trial Judges |
| 4. | Member | ABA 19TH Amendment Commission |
| 5. | Member | ABA Judicial Advisory Committee to the Ethics Committee |
| 6. | Member | Tulane Inn of Court |
| 7. | Director | A.P. Tureaud Inn of Court Executive Board |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Entergy Services, Inc.-salary, bonus, restricted stock options, stock options and performance units |
| 2. | 2020 | Energy Insurance Mutual (EIM) - Board compensation and travel and expense reimbursement |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA-NCFTJ | February 12, 13, & 14 | Austin, Texas | ABA Annual mid-year meeting | Travel, meals and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Entergy Stock Options | | None | J | T | | | | | |
| 2. Entergy Restricted Stock Units | | None | O | T | | | | | |
| 3. Riverland Credit Union Checking and Money Market Accounts | A | Interest | K | T | | | | | |
| 4. First Bank and Trust Checking and Savings Accounts | A | Interest | K | T | | | | | |
| 5. Entergy Performance Shares | | None | P1 | T | | | | | |
| 6. T. Rowe Price - Entergy 401(k) (H) | | | | | | | | | |
| 7. - T. Rowe Price - Equity Income Trust C | D | Int./Div. | L | T | Buy (add'l) | 01/03/20 | J | | |
| 8. | | | | | Buy (add'l) | 01/17/20 | J | | |
| 9. | | | | | Buy (add'l) | 01/31/20 | J | | |
| 10. | | | | | Buy (add'l) | 02/14/20 | J | | |
| 11. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 12. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 13. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 14. | | | | | Buy (add'l) | 04/10/20 | J | | |
| 15. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 16. | | | | | Buy (add'l) | 05/08/20 | J | | |
| 17. | | | | | Buy (add'l) | 05/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 19. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 20. | | | | | Buy (add'l) | 07/03/20 | J | | |
| 21. | | | | | Buy (add'l) | 07/17/20 | J | | |
| 22. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 23. | | | | | Buy (add'l) | 08/14/20 | J | | |
| 24. | | | | | Buy (add'l) | 08/28/20 | J | | |
| 25. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 26. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 27. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 28. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 29. | | | | | Buy (add'l) | 11/06/20 | J | | |
| 30. | | | | | Buy (add'l) | 11/20/20 | J | | |
| 31. | | | | | Buy (add'l) | 12/04/20 | J | | |
| 32. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 33. - T. Rowe Price - New Horizons Trust Class A | E | Int./Div. | M | T | Buy (add'l) | 01/03/20 | J | | |
| 34. | | | | | Buy (add'l) | 01/17/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 01/31/20 | J | | |
| 36. | | | | | Buy (add'l) | 02/14/20 | J | | |
| 37. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 38. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 39. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 40. | | | | | Buy (add'l) | 04/10/20 | J | | |
| 41. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 42. | | | | | Buy (add'l) | 05/08/20 | J | | |
| 43. | | | | | Buy (add'l) | 05/22/20 | J | | |
| 44. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 45. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 46. | | | | | Buy (add'l) | 07/03/20 | J | | |
| 47. | | | | | Buy (add'l) | 07/17/20 | J | | |
| 48. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 49. | | | | | Buy (add'l) | 08/14/20 | J | | |
| 50. | | | | | Buy (add'l) | 08/28/20 | J | | |
| 51. | | | | | Buy (add'l) | 09/11/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 53. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 54. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 55. | | | | | Buy (add'l) | 11/06/20 | J | | |
| 56. | | | | | Buy (add'l) | 11/20/20 | J | | |
| 57. | | | | | Buy (add'l) | 12/04/20 | J | | |
| 58. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 59. - T. Rowe Price - TRP Blue Chip Growth Trust T6 | D | Int./Div. | L | T | Buy (add'l) | 01/03/20 | J | | |
| 60. | | | | | Buy (add'l) | 01/17/20 | J | | |
| 61. | | | | | Buy (add'l) | 01/31/20 | J | | |
| 62. | | | | | Buy (add'l) | 02/14/20 | J | | |
| 63. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 64. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 65. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 66. | | | | | Buy (add'l) | 04/10/20 | J | | |
| 67. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 68. | | | | | Buy (add'l) | 05/08/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Buy<br>(add'l) | 05/22/20 | J | | |
| 70. | | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 71. | | | | | | Buy<br>(add'l) | 06/19/20 | J | | |
| 72. | | | | | | Buy<br>(add'l) | 07/03/20 | J | | |
| 73. | | | | | | Buy<br>(add'l) | 07/17/20 | J | | |
| 74. | | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 75. | | | | | | Buy<br>(add'l) | 08/14/20 | J | | |
| 76. | | | | | | Buy<br>(add'l) | 08/28/20 | J | | |
| 77. | | | | | | Buy<br>(add'l) | 09/11/20 | J | | |
| 78. | | | | | | Buy<br>(add'l) | 09/25/20 | J | | |
| 79. | | | | | | Buy<br>(add'l) | 10/09/20 | J | | |
| 80. | | | | | | Buy<br>(add'l) | 10/23/20 | J | | |
| 81. | | | | | | Buy<br>(add'l) | 11/06/20 | J | | |
| 82. | | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 83. | | | | | | Buy<br>(add'l) | 12/04/20 | J | | |
| 84. | | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 85. | - T. Rowe Price - Entergy Stable Income Fund | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | | | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | | | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | - T. Rowe Price - Entergy Stock | | None | | L | T | | | | | |
| 87. | Entergy Stock | | F | Dividend | P1 | T | | | | | |
| 88. | TDA Investment Acct #1 (H) | | | | | | | | | | |
| 89. | - Alibaba Group Holding LTD | | None | | | | Buy | 07/21/20 | L | | |
| 90. | | | | | | | Buy (add'l) | 07/21/20 | K | | |
| 91. | | | | | | | Buy (add'l) | 07/21/20 | N | | |
| 92. | | | | | | | Buy (add'l) | 07/21/20 | K | | |
| 93. | | | | | | | Sold (part) | 11/20/20 | N | D | |
| 94. | | | | | | | Sold | 11/20/20 | L | B | |
| 95. | - Apple Inc Com | | B | Dividend | | | Buy | 02/26/20 | N | | |
| 96. | | | | | | | Buy (add'l) | 03/09/20 | J | | |
| 97. | | | | | | | Buy (add'l) | 03/09/20 | M | | |
| 98. | | | | | | | Sold (part) | 06/08/20 | O | G | |
| 99. | | | | | | | Sold | 11/11/20 | L | | |
| 100. | - Blink Charging Co Com | | None | | O | T | Buy | 11/23/20 | J | | |
| 101. | | | | | | | Buy (add'l) | 11/23/20 | J | | |
| 102. | | | | | | | Buy (add'l) | 11/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 11/23/20 | N | | |
| 104. | | | | | Sold<br>(part) | 12/23/20 | M | F | |
| 105. | | | | | Sold<br>(part) | 12/23/20 | J | A | |
| 106. | | | | | Sold<br>(part) | 12/23/20 | J | B | |
| 107. | | | | | Sold<br>(part) | 12/23/20 | M | E | |
| 108. | | | | | Sold<br>(part) | 12/23/20 | K | D | |
| 109. | | | | | Sold<br>(part) | 12/23/20 | J | B | |
| 110. | | | | | Sold<br>(part) | 12/23/20 | K | D | |
| 111. | | | | | Sold<br>(part) | 12/23/20 | J | B | |
| 112. | | | | | Sold<br>(part) | 12/23/20 | K | D | |
| 113. | | | | | Sold<br>(part) | 12/23/20 | J | C | |
| 114. | | | | | Sold<br>(part) | 12/23/20 | K | D | |
| 115. | | | | | Sold<br>(part) | 12/23/20 | J | A | |
| 116. | | | | | Sold<br>(part) | 12/23/20 | J | B | |
| 117. | | | | | Sold<br>(part) | 12/23/20 | K | D | |
| 118. | | | | | Sold<br>(part) | 12/23/20 | J | B | |
| 119. | | | | | Sold<br>(part) | 12/23/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 12/23/20 | J | C | |
| 121. | | | | | Sold<br>(part) | 12/23/20 | K | D | |
| 122. | | | | | Sold<br>(part) | 12/23/20 | K | D | |
| 123. | | | | | Sold<br>(part) | 12/23/20 | M | E | |
| 124. | | | | | Sold<br>(part) | 12/23/20 | K | D | |
| 125. | | | | | Sold<br>(part) | 12/23/20 | L | E | |
| 126. | | | | | Sold<br>(part) | 12/23/20 | J | B | |
| 127. | | | | | Sold<br>(part) | 12/23/20 | J | C | |
| 128. | | | | | Sold<br>(part) | 12/23/20 | J | B | |
| 129. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 130. | | | | | Buy<br>(add'l) | 12/29/20 | K | | |
| 131. | | | | | Buy<br>(add'l) | 12/29/20 | M | | |
| 132. | | | | | Buy<br>(add'l) | 12/29/20 | N | | |
| 133.  - Boeing Co Com | None | | | | Buy | 03/26/20 | J | | |
| 134. | | | | | Buy<br>(add'l) | 03/26/20 | K | | |
| 135. | | | | | Buy<br>(add'l) | 03/26/20 | M | | |
| 136. | | | | | Buy<br>(add'l) | 03/27/20 | L | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 06/08/20 | N | F | |
| 138.  - Draftkings Inc Com | | None | | | Buy | 06/09/20 | M | | |
| 139. | | | | | Sold | 12/08/20 | N | E | |
| 140.  - MGM Resorts International Com | A | Dividend | | | Buy | 06/01/20 | J | | |
| 141. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 142. | | | | | Buy (add'l) | 06/01/20 | K | | |
| 143. | | | | | Buy (add'l) | 06/01/20 | L | | |
| 144. | | | | | Buy (add'l) | 06/02/20 | M | | |
| 145. | | | | | Sold (part) | 06/10/20 | L | D | |
| 146. | | | | | Sold (part) | 06/10/20 | J | A | |
| 147. | | | | | Sold (part) | 06/10/20 | J | A | |
| 148. | | | | | Sold | 06/10/20 | M | E | |
| 149. | | | | | Buy | 06/29/20 | M | | |
| 150. | | | | | Buy (add'l) | 06/29/20 | K | | |
| 151. | | | | | Sold (part) | 07/13/20 | M | | |
| 152. | | | | | Sold | 07/13/20 | K | | |
| 153.  - Moderna Inc Com | | None | | | Buy | 12/18/20 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 12/22/20 | N | | |
| 155.   - Nextera Energy Inc Com | | None | | | Buy | 03/16/20 | N | | |
| 156. | | | | | Sold | 05/28/20 | O | F | |
| 157.   - PG&E Corp Com | | None | | | Buy (add'l) | 03/09/20 | J | | |
| 158. | | | | | Buy (add'l) | 03/09/20 | K | | |
| 159. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 160. | | | | | Buy (add'l) | 03/09/20 | L | | |
| 161. | | | | | Buy (add'l) | 03/09/20 | K | | |
| 162. | | | | | Buy (add'l) | 03/09/20 | M | | |
| 163. | | | | | Buy (add'l) | 06/10/20 | P1 | | |
| 164. | | | | | Sold (part) | 06/11/20 | N | G | |
| 165. | | | | | Sold | 09/14/20 | O | | |
| 166.   - Palantir Tech Inc Com | | None | | | Buy | 09/30/20 | K | | |
| 167. | | | | | Buy (add'l) | 09/30/20 | K | | |
| 168. | | | | | Buy (add'l) | 09/30/20 | L | | |
| 169. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 170. | | | | | Buy (add'l) | 09/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 09/30/20 | K | | |
| 172. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 173. | | | | | Buy (add'l) | 09/30/20 | M | | |
| 174. | | | | | Buy (add'l) | 11/11/20 | O | | |
| 175. | | | | | Sold (part) | 11/27/20 | K | E | |
| 176. | | | | | Sold (part) | 11/27/20 | L | E | |
| 177. | | | | | Sold (part) | 11/27/20 | L | E | |
| 178. | | | | | Sold (part) | 11/27/20 | L | E | |
| 179. | | | | | Sold (part) | 11/27/20 | J | C | |
| 180. | | | | | Sold (part) | 11/27/20 | N | G | |
| 181. | | | | | Sold (part) | 11/27/20 | N | G | |
| 182. | | | | | Sold (part) | 11/27/20 | J | B | |
| 183. | | | | | Sold (part) | 11/27/20 | J | D | |
| 184. | | | | | Sold (part) | 11/27/20 | J | C | |
| 185. | | | | | Sold (part) | 11/27/20 | K | D | |
| 186. | | | | | Sold (part) | 11/27/20 | K | D | |
| 187. | | | | | Sold (part) | 11/27/20 | L | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold | 11/30/20 | O | G | |
| 189.  - Quantumscape Corp Com | | None | P1 | | Buy | 12/08/20 | J | | |
| 190. | | | | | Buy<br>(add'l) | 12/08/20 | N | | |
| 191. | | | | | Buy<br>(add'l) | 12/09/20 | J | | |
| 192. | | | | | Buy<br>(add'l) | 12/09/20 | K | | |
| 193. | | | | | Buy<br>(add'l) | 12/09/20 | J | | |
| 194. | | | | | Buy<br>(add'l) | 12/09/20 | K | | |
| 195. | | | | | Buy<br>(add'l) | 12/09/20 | J | | |
| 196. | | | | | Buy<br>(add'l) | 12/09/20 | L | | |
| 197. | | | | | Buy<br>(add'l) | 12/09/20 | K | | |
| 198. | | | | | Buy<br>(add'l) | 12/09/20 | K | | |
| 199. | | | | | Buy<br>(add'l) | 12/09/20 | N | | |
| 200. | | | | | Buy<br>(add'l) | 12/09/20 | K | | |
| 201. | | | | | Buy<br>(add'l) | 12/09/20 | J | | |
| 202. | | | | | Sold<br>(part) | 12/21/20 | K | D | |
| 203. | | | | | Sold<br>(part) | 12/21/20 | J | C | |
| 204. | | | | | Sold<br>(part) | 12/21/20 | M | F | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Sold (part) | 12/21/20 | M | F | |
| 206. | | | | | Sold (part) | 12/21/20 | K | D | |
| 207. | | | | | Sold (part) | 12/21/20 | M | F | |
| 208. | | | | | Sold (part) | 12/21/20 | O | G | |
| 209. | | | | | Sold (part) | 12/21/20 | J | B | |
| 210. | | | | | Sold (part) | 12/21/20 | J | B | |
| 211. | | | | | Sold (part) | 12/21/20 | J | B | |
| 212. | | | | | Buy (add'l) | 12/22/20 | N | | |
| 213. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 214. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 215. | | | | | Buy (add'l) | 12/23/20 | M | | |
| 216. | | | | | Buy (add'l) | 12/23/20 | O | | |
| 217. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 218. | | | | | Buy (add'l) | 12/23/20 | K | | |
| 219. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 220. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 221. | | | | | Buy (add'l) | 12/23/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 223. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 224. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 225. | | | | | Buy<br>(add'l) | 12/23/20 | K | | |
| 226. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 227. | | | | | Buy<br>(add'l) | 12/23/20 | K | | |
| 228. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 229. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 230. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 231. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 232. | | | | | Buy<br>(add'l) | 12/31/20 | N | | |
| 233.   - Tesla Inc Com | | None | | | Buy | 07/13/20 | N | | |
| 234. | | | | | Buy<br>(add'l) | 07/13/20 | M | | |
| 235. | | | | | Buy<br>(add'l) | 07/14/20 | L | | |
| 236. | | | | | Buy<br>(add'l) | 07/14/20 | L | | |
| 237. | | | | | Buy<br>(add'l) | 09/21/20 | N | | |
| 238. | | | | | Sold<br>(part) | 12/09/20 | O | G | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold<br>(part) | 12/10/20 | K | D | |
| 240. | | | | | Sold<br>(part) | 12/10/20 | L | E | |
| 241. | | | | | Sold<br>(part) | 12/10/20 | L | E | |
| 242. | | | | | Sold<br>(part) | 12/10/20 | L | E | |
| 243. | | | | | Sold<br>(part) | 12/10/20 | L | E | |
| 244. | | | | | Sold<br>(part) | 12/10/20 | L | E | |
| 245. | | | | | Sold<br>(part) | 12/10/20 | K | D | |
| 246. | | | | | Sold<br>(part) | 12/10/20 | J | C | |
| 247. | | | | | Sold<br>(part) | 12/10/20 | M | F | |
| 248. | | | | | Sold<br>(part) | 12/10/20 | K | D | |
| 249. | | | | | Sold<br>(part) | 12/10/20 | K | D | |
| 250. | | | | | Sold<br>(part) | 12/10/20 | J | A | |
| 251. | | | | | Sold<br>(part) | 12/10/20 | M | F | |
| 252. | | | | | Sold<br>(part) | 12/10/20 | M | F | |
| 253. | | | | | Sold<br>(part) | 12/10/20 | J | A | |
| 254. | | | | | Sold | 12/10/20 | J | A | |
| 255.  - Wynn Resorts LTD Com | None | | | | Buy | 06/09/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 06/22/20 | N | | |
| 257.  - Amazon.com Stock | | None | | | Sold | 06/08/20 | K | E | |
| 258.  - Twilo Inc Com Stock | | None | N | T | Sold (part) | 06/08/20 | K | E | |
| 259.  - Contextlogic Inc Com | | None | M | T | Buy | 12/16/20 | M | | |
| 260.  - Norwegian Cruise Line Hldgs LT Com | | None | O | T | Buy | 11/30/20 | N | | |
| 261.  - Southwest Airlines Co Com | | None | N | T | Buy | 06/29/20 | M | | |
| 262. | | | | | Buy (add'l) | 06/29/20 | K | | |
| 263.  - Supernus Pharmaceuticals Inc Com | | None | M | T | Buy | 12/23/20 | J | | |
| 264. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 265. | | | | | Buy (add'l) | 12/23/20 | M | | |
| 266. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 267. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 268. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 269. | | | | | Buy (add'l) | 12/23/20 | K | | |
| 270. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 271.  TDA Investment Account #2 (H) | | | | | | | | | |
| 272.  - ALBUQUERQUE NEW MEXICO REV | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.   - ANNE ARUNDEL CNTY MD CONS GEN IMPT BDS CLBL | B | Int./Div. | | | Buy | 03/19/20 | L | | |
| 274. | | | | | Sold | 11/23/20 | L | B | |
| 275.   - BELLEVUE WASH LTD TAX GO REF | B | Int./Div. | L | T | Buy | 03/23/20 | L | | |
| 276.   -BEXAR CNTY TEX REF BDS CLB | B | Int./Div. | L | T | Buy | 03/18/20 | L | | |
| 277.   - CHARLESTON CNTY S C SPL SOURCE SPEC SOURCE REV BDS | C | Int./Div. | | | Buy | 03/13/20 | M | | |
| 278. | | | | | Sold | 11/23/20 | M | B | |
| 279.   - CLEVELAND OHIO REV BDS CLBL | B | Int./Div. | | | Buy | 03/20/20 | M | | |
| 280. | | | | | Sold | 07/13/20 | M | C | |
| 281.   - COMAL TEX INDPT SCH DIST ULTD | A | Int./Div. | J | T | | | | | |
| 282.   - COMAL TEX INDPT SCH DIST ULTD | B | Int./Div. | L | T | Buy | 03/17/20 | L | | |
| 283.   - DALLAS TEX AREA RAPID TRAN SAL | B | Int./Div. | | | Sold | 07/13/20 | L | A | |
| 284.   - DALLAS TEX AREA RAPID TRAN SAL | B | Int./Div. | | | Buy | 03/04/20 | L | | |
| 285. | | | | | Sold | 07/21/20 | L | A | |
| 286.   - DALLAS TEXAS REV REF BDS CLBL | B | Int./Div. | | | Sold | 07/21/20 | L | A | |
| 287.   - FAIRFAX CNTY VA PUB IMPT BDS | B | Int./Div. | | | Sold | 07/21/20 | L | A | |
| 288.   - GWINNETT CNTY GA SCH DIST GO | B | Int./Div. | | | Sold | 07/21/20 | L | B | |
| 289.   - HIDALGO CNTY TEX LTD TAX REF | B | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.   - KING CNTY WASH LTD TAX GO REF | B | Int./Div. | L | T | | | | | |
| 291.   - KNOXVILLE TENN REV BDS CLBL | B | Int./Div. | | | Buy | 03/06/20 | M | | |
| 292. | | | | | Sold | 07/13/20 | M | A | |
| 293.   - LAS VEGAS NEV GO CITY HALL BDS | B | Int./Div. | K | T | | | | | |
| 294.   - LAS VEGAS VALLEY NEV WTR DIST | B | Int./Div. | L | T | Buy | 03/20/20 | L | | |
| 295.   - MASSACHUSETTS STATE GO BDS | B | Int./Div. | L | T | | | | | |
| 296.   - MC GREGOR TEX INDPT SCH DIST | B | Int./Div. | | | Sold | 02/10/20 | L | A | |
| 297.   - MEMPHIS TENN GEN IMPT REF BDS | B | Int./Div. | | | Buy | 03/06/20 | L | | |
| 298. | | | | | Sold | 07/21/20 | L | A | |
| 299.   - METROPOLITAN ST LOUIS MO SWR | A | Int./Div. | | | Sold | 07/27/20 | K | A | |
| 300.   - METROPOLITAN ST LOUIS MO SWR | B | Int./Div. | | | Sold | 07/21/20 | L | B | |
| 301.   - MIAMI-DADE COUNTY FLORIDA GO | B | Int./Div. | | | Sold | 07/21/20 | L | B | |
| 302.   - MIDLAND TEX INDPT SCH DIST ULTD | B | Int./Div. | K | T | | | | | |
| 303.   - MISSISSIPPI ST GO BDS CLBL | B | Int./Div. | K | T | | | | | |
| 304.   - NEW YORK N Y CITY MUN WTR FIN | | | | | Sold | 02/10/20 | L | A | |
| 305.   - NEW YORK N Y CITY MUN WTR FIN | B | Int./Div. | | | Buy | 03/04/20 | M | | |
| 306. | | | | | Sold | 11/23/20 | M | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - NEW YORK N Y CITY TRANSITIONAL | B | Int./Div. | | | Sold | 07/27/20 | L | A | |
| 308. - NEW YORK ST DORM AUTH SALES | B | Int./Div. | | | Sold | 11/19/20 | K | A | |
| 309. - NORTH RICHLAND HILLS TEX TAX | A | Int./Div. | | | Sold | 07/21/20 | J | A | |
| 310. - NORTH TEX MUN WTR DIST TEX | B | Int./Div. | | | Buy | 03/13/20 | L | | |
| 311. | | | | | Sold | 11/23/20 | L | A | |
| 312. - OHIO ST MAJOR NEW ST | A | Int./Div. | K | T | | | | | |
| 313. - OKLAHOMA CITY OKLA WTR UTILS T | | | | | Buy | 03/13/20 | L | | |
| 314. | | | | | Sold | 03/27/20 | L | A | |
| 315. - OMAHA NEB REV BDS CLBL | B | Int./Div. | L | T | | | | | |
| 316. - OREGON ST REV REF BDS CLBL | A | Int./Div. | J | T | | | | | |
| 317. - RICHARDSON TEX INDPT SCH DIST | B | Int./Div. | K | T | | | | | |
| 318. - SCHERTZ-CIBOLO-UNVL CITY TEX I | B | Int./Div. | L | T | | | | | |
| 319. - SOUTHWEST TEX INDPT SCH DIST | B | Int./Div. | | | Sold | 07/27/20 | L | A | |
| 320. - TENNESSEE ST SCH BD AUTH HIGHER EDL FACS SECON REV | B | Int./Div. | | | Buy | 03/17/20 | M | | |
| 321. | | | | | Sold | 07/21/20 | M | D | |
| 322. - UNIVERSITY MINN SPL PURP REV | D | Int./Div. | | | Buy | 03/19/20 | M | | |
| 323. | | | | | Sold | 11/23/20 | M | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jolivette Brown, Nannette V.** | 06/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  - WASHINGTON ST VAR PURP GO | B | Int./Div. | | | Sold | 07/21/20 | L | A | |
| 325.  - WISCONSIN ST GO BDS CLBL | A | Int./Div. | | | Sold | 07/21/20 | K | B | |
| 326.  - WISCONSIN ST GO BDS CLBL | B | Int./Div. | | | Buy | 03/13/20 | L | | |
| 327. | | | | | Sold | 07/13/20 | L | B | |
| 328.  - WISCONSIN ST GO BDS CLBL | C | Int./Div. | L | T | Buy | 03/19/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jolivette Brown, Nannette V. | 06/15/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nannette V. Jolivette Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544